RWT 11 CV 1364

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2011 MAY 19  P 3:03

CLERK'S OFFICE
AT GREENBELT

DEPUTY

Circuit Court For Prince George's County
Clerk Of The Circuit Court
Courthouse
Upper Marlboro, Md.  20772-9987
MD Relay Service Voice/ TDD
1-800-735-2258

Writ of summons                                    Case ID: CAE11-08762

State of Maryland, Prince George's County to wit:

To:   HSBC Group
      Attn:  Corporation Trust Inc.
      351 West Camden Street
      Baltimore, MD 212012201

You are hereby summoned to file a written response by pleading or motion in this court to the attached complaint filed by:

DEBRA LAMPTON
8603 MULBERRY STREET
LAUREL MD 20707

Within 30 days after service of this summons upon you.

Witness the Honorable Sheila R. Tillerson Adams, Administrative Judge of the said Court.

Date issued: March 31, 2011

_____
Clerk

To the person summoned:
   1. Personal attendance in court on the day named is not required.
   2. Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.

Sheriff's Return

Fee $_____

                                   _____
                                   Sheriff

Note:
   1. This summons is effective for service only if served within 60 days after the date it is issued.
   2. Proof of service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
   3. Return of served or un-served process shall be made promptly and in accordance with Rule 2-126.
   4. If this summons is served by private process, the process server shall file a separate affidavit as required by Rule 2-126 (a).