

**Service of Process Transmittal**
04/20/2011
CT Log Number 518385389

RWT11CV1364

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2011 MAY 19 P 3:03

CLERK'S OFFICE
AT GREENBELT

BY_____DEPUTY

TO: Michael T Ryan, Office of General Counsel
HSBC North America Inc.
Office Of the General Counsel, One HSBC Center, 27th Floor
Buffalo, NY 14203

RE: **Process Served in Maryland**

FOR: HSBC Bank USA, National Association (Domestic State: USA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | Debra and Richard Lampton, Pltfs. vs. Household Finace Corporation III, et al. including HSBC Group a/k/a HSBC Bank USA, etc., Dfts. Name discrepancy noted. |
| DOCUMENT(S) SERVED: | Writ of Summons (2 sets), Complaint, Case Information, Jury Demand, Verification |
| COURT/AGENCY: | Prince George's County Circuit Court, MD Case # CAE11-08762 |
| NATURE OF ACTION: | Breach of Contract |
| ON WHOM PROCESS WAS SERVED: | The Corporation Trust Incorporated, Baltimore, MD |
| DATE AND HOUR OF SERVICE: | By Certified Mail on 04/20/2011 postmarked on 04/18/2011 |
| JURISDICTION SERVED: | Maryland |
| APPEARANCE OR ANSWER DUE: | Within 30 days after service - Written response |
| ATTORNEY(S) / SENDER(S): | S. Shiva Arati The Glenmore Law Firm 5010 Sunnyside Ave., #207 Beltsville, MD 20705 301-474-7600 |
| REMARKS: | Pursuant to the records of the State Department of Assessments and Taxation, the only company registered beginning with HSBC Bank USA is HSBC Bank USA, National Association |
| ACTION ITEMS: | CT has retained the current log, Retain Date: 04/20/2011, Expected Purge Date: 04/25/2011 Image SOP Email Notification, Karen M Hylkema Karen.M.Hylkema@us.hsbc.com Email Notification, Michael T Ryan Michael.T.Ryan@us.hsbc.com Email Notification, Beverly Wells beverly.wells@us.hsbc.com |
| SIGNED: PER: ADDRESS: TELEPHONE: | The Corporation Trust Incorporated Billie Swoboda 351 West Camden Street Baltimore, MD 21201 410-539-2837 |

Page 1 of 1 / KS

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



EXHIBIT A