UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
# DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk

Reply to Southern Division Address.

May 20, 2011

**Michael J Leotta**
Office of the United States Attorney
36 S Charles St Fourth Fl
Baltimore, MD 21201

    Re:    Case No. RWT-11-0193

Dear Counsel/Party:

    Your "Consent Motion for Protective Order" was received on May 19, 2011.

☐    The document should have been filed electronically. It has been scanned and filed electronically by court staff.

☐    The document should have been filed electronically. It has been scanned and filed electronically by court staff. The original document is being returned to you. It is your responsibility to maintain the original until the expiration of any appeals or the time for taking an appeal. The original must be made available for inspection upon the request of any other party or the court.

☐    You did not include a PDF version of the document on a diskette or CD. The document has been scanned and filed electronically by court staff.

☒    When filing, <u>each</u> document must be scanned individually into separate PDF documents. Your documents (motion and proposed order) were scanned into a single PDF.

**All further filings** in this case <u>must</u> be made in accordance with the policies and procedures of this Court on electronic filing. Those policies and procedures are available on the Court's web-site: www.mdd.uscourts.gov.

                    Very truly yours,

                    /s/
                    Deputy Clerk

cc: Other counsel/party
ECF Warning letter (Rev. 12/2010)

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov**