UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk

Reply to Southern Division Address

Lisa Rosenthal, Chief Deputy

May 20, 2011

S. Shiva Arati
The Glenmore Law Firm
5010 Sunnyside Ave #207
Beltsville, MD  20705

      RE:    Lampton et al v. Household Finance Corporation III, et al
               RWT-11-1364

Dear Counsel/Party:

The above-captioned case has been removed from the Circuit Court for Prince George's County, Maryland and assigned the case number above.  The case is subject to this Court's electronic filing requirements and procedures.  Our records show that:

☒    You are not a member in good standing of our bar.  Your appearance has <u>not</u> been entered in this case and the Court will <u>not</u> send you copies of orders and other documents.  Within fourteen (14) days from the date of this letter you must notify the chambers of the presiding judge whether you will be seeking admission or if another attorney will be entering an appearance.  For information on how to become a member of our bar or to appear *pro hac vice*, please visit our web site at: [www.mdd.uscourts.gov.](http://www.mdd.uscourts.gov)  If you were previously a member and have a question concerning your status, please contact our attorney admissions specialist, Catherine Scaffidi, at (410) 962-3293.  Once you have been admitted, you **should** register to use CM/ECF.

☐    You are not a registered CM/ECF user.  To register, go to the Court's web site: [www.mdd.uscourts.gov](http://www.mdd.uscourts.gov) and fill in the on-line registration form.  Information about electronic filing procedures and requirements is available on the web site.  Please note that if this case is subject to electronic filing, any documents submitted for filing in paper format may be returned to you.  The Court does <u>not</u> mail paper copies of orders and other documents which are filed electronically.

                                           Sincerely,

                                           /s/
                                         Felicia C. Cannon, Clerk

cc:    All counsel/parties
Removal Notification Letter (05/2010)

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov