**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| **Debra Lampton,** *et al.*, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | Civil Case No.: RWT 11cv1364 |
| v. | * | |
| | * | |
| **Household Finance Corporation,** *et al.*, | * | |
| | * | |
| Defendants. | * | |
| | * | |
| | * | |

## ORDER

On September 15, 2011, this Court entered a Memorandum Opinion and accompanying Order directing Plaintiff's counsel to file a status report containing the information set forth in the Memorandum Opinion by September 30, 2011.  Doc. Nos. 19, 20.  On October 11, 2011, well after this deadline passed, Plaintiff's counsel filed a document entitled "Motion for Relief from Final Judgment" seeking, among other things, an extension of time to file the status report due on September 30, 2011.  Doc. No. 20.  On October 13, 2011, this Court entered a Memorandum Opinion and accompanying Order again directing Plaintiff's counsel to file a status report no later than seven days from the date of the Order containing the information set forth at pages 8 and 9 of this Court's Memorandum Opinion dated September 15, 2011.  Doc. Nos. 22, 23.  On October 20, 2011, Plaintiff's counsel finally submitted a status report.  Doc. No. 24.  It fails, however, to address adequately the information asked for by this Court in its Memorandum Opinion dated September 15, 2011.  Accordingly, it is this 21st day of October, 2011, by the United States District Court for the District of Maryland,

**ORDERED**, that Plaintiff's counsel Tawana Shephard is directed to **appear personally**

**before this Court at 11:45 a.m. on the 31st day of October, 2011**, to show cause why she should not be held in contempt of court for failure to comply with this Court's Order of September 15, 2011.

                                                  /s/
                                      Roger W. Titus
                                      United States District Judge