**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division**

DEBRA LAMPTON
And RICHARD LAMPTON

        **Plaintiffs**

   v.                                      Case No. 8:11-CV-01364-RWT

HOUSEHOLD FINANCE CORP., et al.

        **Defendants**

**DEFENDANT FISHER LAW GROUP, PLLC'S
RESPONSE TO STATUS REPORT FILED IN RESPONSE
TO SHOW CAUSE ORDER AND REQUEST FOR HEARING OR RULING
ON MOTION TO DISMISS**

The Defendant, The Fisher Law Group, PLLC, by counsel, responds to the Plaintiff's Counsel's Status Report filed herein on November 11, 2011, and states:

1.    In light of Ms. Sheppard's statement that she was unaware of the concerns raised as to the frivolous nature of the complaint, said defendant reiterates, as stated in its Opposition to the Motion to Extend filed herein on August 2, 2011, Jeffrey Fisher, principal of the Defendant the Fisher Law Group, PLLC, spoke with Counsel, Tawana Shephard by telephone, and followed-up with an email to Ms. Shephard, attaching a letter to Mr. Arati, on April 14, 2011, regarding the frivolous nature of the complaint with regard to the Defendant The Fisher Law Group, PLLC. (See Exhibit A attached to the Fisher Law Group's Opposition, at Docket No. 17. Defendant is unable to confirm that Ms. Shephard

received the letter dated May 26, 2011, and attached as Exhibit B to the Opposition at Docket No. 17.)

2. Dismissal of the case without prejudice is not satisfactory to The Fisher Law Group, PLLC. Said defendant requests that its Motion to Dismiss filed herein on May 26, 2011 be scheduled for hearing or ruled upon.

.

          THE FISHER LAW GROUP, PLLC

          By:  /s/ Scott R. Robinson
          Jeffrey B. Fisher, Esq.
          Scott R. Robinson, Esq., Bar No. 10184
          9440 Pennsylvania Ave., Suite 350
          Upper Marlboro, MD 20772
          (301) 599-7700
          (301) 599-2100 Facsimile
          srobinson@first-legal.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of November, 2011, a copy of the Opposition to Motion to Extend was sent by CM/ECF and/or mailed first class, postage prepaid to:

Tawana Shephard
The Glenmore Law Firm
5010 Sunnyside Ave., Ste. 201
Beltsville, MD 20705

Alexander C. Vincent, Esq.
Shulman, Rogers, Gandal, Pordy & Ecker, P.A.
12505 Park Potomac Ave., 6th Fl.
Potomac, MD 20854

           /s/ Scott R. Robinson
          Scott R. Robinson