IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

| | | |
|---|---|---|
| DEBRA LAMPTON, *et al.*, | * | |
| Plaintiffs, | * | |
| – against – | * | Case No. 8:11-cv-01364-RWT |
| HOUSEHOLD FINANCE CORPORATION III, *et al.*, | * | |
| | * | |
| Defendants. | * | |
| | * | |

**RESPONSE BY DEFENDANTS
HOUSEHOLD FINANCE CORPORATION III, A MORTGAGE TWO CORPORATION,
AND HSBC GROUP TO PLAINTIFFS' SUPPLEMENTAL STATUS REPORT**

Defendants Household Finance Corporation III, A Mortgage Two Corporation (properly known as Mortgage Two Corporation), and HSBC Group (a/k/a HSBC Bank USA, a/k/a HSBC Consumer & Mortgage Lender, Inc.) (properly known as HSBC Bank USA, N.A.) (collectively, the "Lender Defendants"), by counsel, responds as follows to the Supplemental Status Report ("Supplemental Status Report") (ECF No. 27) filed by Plaintiffs' counsel on November 11, 2011 in response to the Court's Order to Show Cause dated October 21, 2011 (ECF No. 25) and the subsequent proceedings related thereto:

The Lender Defendants join in the opposition of Defendant The Fisher Law Group to Plaintiffs' proposal, as stated in the Supplemental Status Report, to dismiss this action without prejudice. All Defendants have invested a considerable amount of time and expense to respond to Plaintiffs' Complaint, and the pending Motions to Dismiss have now stood unopposed for nearly six months. Judging from the statements in paragraphs 5 and 7-9 of the Supplemental Status Report, as well as the allegations of the Complaint itself and the instruments on which it

purportedly relies, it is clear that there was no good-faith justification for filing this action under Fed. R. Civ. P. 11(b) or Maryland Rule 1-341, and there has never been any legal or factual basis for maintaining it — as to any Defendant.  *See* 28 U.S.C. § 1927.[1]

In light of the foregoing circumstances, the Lender Defendants request that the Court rule on the pending Motions to Dismiss (ECF Nos. 9 & 12) and not permit this action to be dismissed without prejudice.

Dated:  November 21, 2011

                                            **SHULMAN, ROGERS, GANDAL,**
                                            **PORDY & ECKER, P.A.**


By:       /s/ Alexander C. Vincent
       Alexander C. Vincent (Fed. Bar No. 17207)
       12505 Park Potomac Avenue, Sixth Floor
       Potomac, Maryland  20854-6803
       Telephone:  (301) 230-5200
       Facsimile:  (301) 230-2891
       E-mail:  avincent@shulmanrogers.com

*Counsel for Defendants*
*Household Finance Corporation III,*
*A Mortgage Two Corporation, and*
*HSBC Group (a/k/a HSBC Bank USA, N.A.,*
*a/k/a HSBC Consumer & Mortgage*
*Lender, Inc.)*

---

[1] Furthermore, it bears noting that the Supplemental Status Report does not specifically deny that Plaintiffs' counsel, Ms. Shephard, spoke with Jeffrey Fisher, Esq. of Defendant The Fisher Law Group as early as April 2011 about his concerns that Plaintiffs' Complaint may have violated the standards of Federal Rule 11 and/or Maryland Rule 1-341.  Nor does Ms. Shephard specifically deny receiving Mr. Fisher's e-mail of April 14, 2011, which appears to have attached a copy of his Rule 11 notice to Mr. Arati, the attorney who purportedly signed the original Complaint.