UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

BEATRICE BRAXTON

      vs.              .  DOCKET:  11-CV-0815-RWT

DEUTSCHE BANK NATIONAL    .  GREENBELT, MARYLAND

TRUST COMPANY, ET AL     .  OCTOBER 31, 2011

                    *******************************

DEBRA LAMPTON           .

   VS.              .  DOCKET 11-CV-1364-RWT

HOUSEHOLD FINANCE       .  GREENBELT, MARYLAND

                   .  OCTOBER 31, 2011

TRANSCRIPT OF SHOW CAUSE HEARING
BEFORE THE HONORABLE ROGER W. TITUS.
UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S

FOR THE PLAINTIFF BRAXTON:  CHRISTOPHER AMOS, ESQ.

FOR THE PLAINTIFF LAMPTON:  TAWANA SHEPHARD, ESQ.

Court Reporter:            Sharon O'Neill, RMR
                         Official Court Reporter
                         United States District Court
                         6500 Cherrywood Lane
                         Greenbelt, Maryland 20770
                         301-344-3227

1          THE CLERK:  The matters now pending before this Court

2     is Civil Docket number RWT 11-0815, Beatrice Braxton vs.

3     Deutsche Bank National Trust, et al, and Civil Docket number

4     RWT-11-1364, Debra Lampton vs. Household Finance Corporation,

5     et al.  We're here for the purpose of a Show Cause hearing.

6     Counsel, would you plea identify yourselves, and which party

7     you are representing.

8          MR. AMOS:  Christopher Amos, appearing on behalf of

9     Beatrice Braxton.

10          MS. SHEPHARD:  Good morning, Your Honor.  My name is

11     Tawana Shephard, although I don't consider myself representing

12     the client in this matter.  I'm here at the Court's request to

13     come for explanations with respect to what's in the status

14     report.

15          THE COURT:  Well, let me first of all take the

16     Braxton case.  Mr. Amos, you were directed to come here today

17     to show cause why you should not be punished for contempt for

18     failing to submit a status report containing the information

19     that I directed.  What is your reason for not doing so?

20          MR. AMOS:  Your Honor, I never received the request.

21          THE COURT:  You never what?

22          MR. AMOS:  I never received.  The first contact I get

23     from the Court, there was a phone call in September asking me

24     was I representing Ms. Braxton and I told, I believe it was one

25     of your clerks that I was no longer working at the firm.

1          THE COURT:  Well, sir, your appearance was entered on

2    behalf of a client.

3          MR. AMOS:  I understand.

4          THE COURT:  That has not been stricken.  You are the

5    attorney for the plaintiff in this case, not the Glenmore Law

6    Firm.  Law firms don't represent people, lawyers do.

7          MR. AMOS:  Yes, Your Honor.

8          THE COURT:  Now, I directed you to file something.

9    You didn't do it.  You are a registered user of our CMECF

10   system.  You were given notice and you obviously got this

11   order.

12          So why have you not fully complied before today with

13   the directives in that order?

14          MR. AMOS:  Your Honor, I have the status report with

15   me today, but I just received the notice in my post office box,

16   after the deadline to file the status report had passed, to be

17   here today for the hearing.  I have the status report.

18          THE COURT:  Well, I have not seen what you are going

19   to be filing in respond to the status report, but I expect

20   nothing less than full compliance with the Order.

21          Are you telling me as an officer of the court you

22   have with you today a status report?

23          MR. AMOS:  I do, Your Honor.

24          THE COURT:  All right.  Then it should be

25   electronically filed in this case.  I will examine it, and if I

1    conclude that it is responsive to the order, fine.  If it's not

2    then I'll have you back here.

3            MR. AMOS:  Yes, Your Honor.

4            THE COURT:  This is a very serious matter with

5    clients that have been abandoned in this court, and I want to

6    make it plain that your appearance is in this case.  This

7    client has no lawyer representing her other than you, and if

8    you wish to be excused from representing this client, you need

9    to ask leave of the court to do so.

10           One of the factors the Court has the consider is

11   whether somebody is going to come in and take care of this

12   client, and there are very, very serious issues about this

13   Glenmore Law Firm that has resulted in a number of actions

14   being taken by a number of other agencies besides this Court,

15   and we need to get to the bottom of what's going on with the

16   Glenmore Law Firm and we don't want to have any more abandoned

17   clients in this court.

18           So, whether you like it or not, you are the attorney

19   for this woman and you have an obligation to her.  And I don't

20   know whether you're still with the Glenmore Law Firm or not and

21   I don't care.  You've entered your appearance on behalf of a

22   client.  You have an obligation to that client.  You need to

23   discharge it and you need to promptly file that status report.

24           I will look at it and I will make a determination

25   after I look at it as to whether it complies with the orders of

1    this court.  If it is not, I'll issue another Show Cause to get

2    you back here again.  So I hope that what you're going to file

3    is a full and complete status report.

4           MR. AMOS:  It is, Your Honor.

5           THE COURT:  All right.  Ms. Shephard, you were also

6    directed to show cause.  You filed something that was laughably

7    inadequate, Ms. Shephard.

8           MS. SHEPHARD:  Okay.

9           THE COURT:  Now, what do you intend to do about that?

10           MS. SHEPHARD:  Your Honor, the responses to the

11    inquiries of the Court were presented at that time to the best

12    of my knowledge.

13           THE COURT:  I can't hear you, ma'am.

14           MS. SHEPHARD:  The responses -- can you hear me

15    better now?

16           THE COURT:  All right.

17           MS. SHEPHARD:  The responses that I submitted to the

18    Court was, at that time was the information, based upon the

19    information that I had.  There were, I think at least one item

20    that I was unsure as to that the Court was requesting, but

21    other than that one incident --

22           THE COURT:  Well, Ms. Shephard, one of the very

23    simple questions that you were asked, let me get this out here,

24    was a description of the attorney principals of the Glenmore

25    Law Firm.  You worked at the law firm.

1        MS. SHEPHARD:  Yes, your Honor, and I wasn't clear as

2   to what the Court was referring to when it was saying

3   principals of the law firm.

4        THE COURT:  Law firms have attorneys that work there.

5   They are the persons in charge of the law firm.  A law firm is

6   an association of lawyers for the practice of law.  It can be a

7   partnership, it can be a PA, it can be a PC.  It can be a

8   number of things, but I need to know who are the attorney

9   principals of the Glenmore Law Firm.

10        MS. SHEPHARD:  And that's the crux of the issue, Your

11   Honor.  The Glenmore Law Firm was a limited liability company,

12   as far as I'm aware.

13        THE COURT:  Well, who was in charge?

14        MS. SHEPHARD:  Well, I only know of one person,

15   particular person, to have established that particular company

16   when I came into the firm.

17        THE COURT:  Well, who is that person?

18        MS. SHEPHARD:  There were two individuals when I came

19   into the firm.  There was an attorney by the name of Gerald

20   Howard, and there was also Newton Gainer (phonetic) who was

21   present.  There have been --

22        THE COURT:  Mr. Gainer is not a lawyer, right?

23        MS. SHEPHARD:  I understand that, yes.  There have

24   been several transitions during the existence of the firm.  I

25   never signed on as part of the limited liability company.

1  However, I was at the firm and I was -- I did have certain

2  responsibilities at the firm.

3  THE COURT:  But you have just started to answer the

4  second question, which is the changes in the principals of the

5  firm.  You didn't answer that question either.

6  MS. SHEPHARD:  Again, Your Honor, with respect to

7  some of the questions, I wasn't clear as to what the Court was

8  referring to.

9  THE COURT:  Well, you're going to have to go back to

10  square one and file a new status report that answers me.

11  MS. SHEPHARD:  That's fine, Your Honor.

12  THE COURT:  It's not enough to simply say you're not

13  in a position to respond.  You were directed to respond and you

14  were required to and if you don't -- I want you to do the same

15  thing as Mr. Amos.  You need to go back to square one and file

16  a complete and accurate status report that contains the

17  information that you were directed to file with this Court, and

18  if you do not do so, I will have another show cause hearing,

19  and if I get continued resistance, I'll have you incarcerated

20  for contempt until you do so.

21  MS. SHEPHARD:  May I ask a question, Your Honor?

22  THE COURT:  You certainly may.

23  MS. SHEPHARD:  With respect to the principals of the

24  firm, the Court would like all of the attorneys that have ever

25  been affiliated with the firm?

1          THE COURT:  I want to know all the attorneys in that

2     firm, yes.

3          MS. SHEPHARD:  Currently.

4          THE COURT:  Ever, at least from the standpoint of

5     July 2, 2010 to the present.

6          MS. SHEPHARD:  Okay.

7          THE COURT:  I want to know all the people associated

8     with that firm who are attorneys.

9          MS. SHEPHARD:  Okay.  And with respect to, I think --

10    were there other issues with the status report that the Court

11    would like for me to --

12         THE COURT:  Well --

13         MS. SHEPHARD -- address?

14         THE COURT:  Well, you have not answered question

15    number five, which asked for the reasons for disregarding

16    notification from the Court with respect to the need to enter

17    the appearance of an attorney admitted to the bar of this

18    court.

19         Mr. Arati filed a case in the Prince George's County

20    Circuit.  It was removed here.  There were repeated efforts to

21    get Mr. Arati to do something once it got here, either by

22    getting admitted himself or securing the services of another

23    attorney, were completely unanswered.  His client was left

24    abandoned in this court.  And then you came in and said "I'm

25    going to -- we want more time to investigate this matter."

1    You entered your appearance for the plaintiff in this

2    case.

3         MS. SHEPHARD:  My intention, Your Honor, was to a

4    limited appearance.

5         THE COURT:  Now, you don't do limit appearances.

6    Lawyers represent clients.  You don't represent the Glenmore

7    Law Firm.  You entered your appearance for this client.  This

8    client is now adrift, with nothing being done for this client,

9    and this client had a serious case that was filed in the Prince

10   George's County Cirtcuit Court, removed to this court.

11        You entered your appearance.  You asked for more time

12   so the law firm could investigate something that apparently

13   wasn't investigated very much in the first place.  And you have

14   a responsibility to this client.  It is your personal

15   responsibility.  You are a member of bar of this court.

16        MS. SHEPHARD:  Your Honor, if I may, the case before

17   the Court, Ms. Lampton, was a case, as it indicated, that was

18   handled by Mr. Arati.  I in no way intended to represent Ms.

19   Lampton.

20        THE COURT:  When you file your appearance on behalf

21   of a client, you are representing that client.

22        MS. SHEPHARD:  That was not my intent.

23        THE COURT:  Well, it may not have been your

24   intention, but as a matter of law when you enter your

25   appearance for a client you are representing that client.  This

1   client is adrift.  Nothing is being done for this client.  Open

2   motions are out there that have not been responded to and this

3   client stands to lose her entire case because you have not done

4   anything.

5          MS. SHEPHARD:  Okay.  Fine.  I disagree with the

6   Court, but that's fine.

7          THE COURT:  Well, you're going to have to understand

8   that this client is represented by you now.  If you wish to

9   withdraw your appearance, you need to make a motion to withdraw

10  your appearance.  And something needs to be done to get

11  services, legal services for this client.  This client has been

12  abandoned, and this's just not something this Court is going to

13  tolerate.

14         This is two different cases.  We've had other cases

15  with other judges with the same problems with this law firm,

16  abandoning clients when they get to court.  You, not Glenmore

17  Law Firm, represent this client.  You have a problem, you need

18  to fix it.  Do you understand me?

19         MS. SHEPHARD:  Your Honor, the other -- I guess the

20  opposing side of this is if I had not done anything for the

21  client it would have still been to the client's detriment.  I

22  was seeking to attempt to assist the client in getting

23  additional time to find someone to assist the client.

24         However, the opposite would have been to have not

25  entered my appearance, in which case the client would have

1    still been without representation.

2              THE COURT:  I understand, but you have a problem and

3    you need to fix it for this client.  You need to get this

4    client another lawyer if you are not going to represent this

5    client.

6              This client has been left with no services attending

7    to her case for a long time, and that is simply not tolerable.

8    Now, the next question which you did not answer was why you

9    continue to qualify for admission to the bar of this Court.

10             You had an office for the practice of law in

11   Maryland, and under our rules you cannot be a member of bar of

12   this Court if you have an office in this state unless you're a

13   member of Maryland Bar.  You relied for your admission to the

14   bar of this Court upon your representation that you were a

15   member of Bar of the District of Columbia and that's where your

16   principal office was.

17             It certainly appears from your activities on behalf

18   of the Glenmore Law Firm you have been maintaining an office in

19   Maryland, and that's something you simply cannot do when the

20   basis of your admission to the bar of this Court is your

21   principal office being somewhere else and having no office in

22   this state.  You cannot have an office in this state when you

23   have been admitted the way you are.

24             So you need to explain in writing why you believe you

25   are entitled to remain a member of bar of this Court.  All

1    right.  You need to go back and read our rules on admission to

2    the Bar and the requirement that you not have an office in the

3    state.  You have been maintaining an office in the state.  It's

4    very obvious.  You've got a number of pleading filed in this

5    court listing a Maryland office address which you've used.

6         MS. SHEPHARD:  Well, Your Honor, as I explained in my

7    response, the clients that I took on through Glenmore were

8    mainly here in Maryland, which is why I submited that

9    particular information.

10        As far as, you know, ties to that office, as I

11   indicated in my answer, there were two offices with respect to

12   the firm, so...

13        THE COURT:  All right.  The next question I asked you

14   was to give a complete description of the steps taken in

15   response to Rule 11, Safe Harbor Notice, given by the defendant

16   Fisher Law Group.  You said you're not in a position to

17   accurately respond.

18        You are the attorney for the plaintiff in this case.

19   A notice was sent to the Glelnmoore law firm by the defendant,

20   the Fisher Law Group.  Under Rule 11 saying you have filed

21   something that's not proper, I'm giving you a chance now to

22   withdraw it or change it before I move for sanctions.

23        That has been sitting there unanswered for a long

24   time, and there is now a Motion to Dismiss and that Motion to

25   Dismiss has not been responded to, so this client is utterly

1    without any response so far for it, so far on behalf of that

2    client, which is a totally unacceptable state of affairs.

3         You represent the plaintiff in this case.  I need to

4    know from you what you, as attorney for this plaintiff, have

5    done in response to the Rule 11 safe harbor notification.  What

6    evaluation did you make of this case to determine whether in

7    fact it had merit, and if it had merit to continue with it; if

8    it did not, to abandon those portions of the case that may not

9    be meritorious.  That's what a Rule 11 Safe Harbor Notice is

10   for.

11        MS. SHEPHARD:  Your Honor, the notice was sent to

12   Mr. Arati.  I had no indication of the notice.

13        THE COURT:  But you've entered your appearance in a

14   case that Mr. Arati had previously filed.  That means you're

15   responsible for responding to that.

16        MS. SHEPHARD:  That may be the case, but what I'm

17   referring to is I did not receive the notice at the time that

18   it was sent out, because Mr. Arati was involved in the case.

19        THE COURT:  Was that a file at the law firm?

20        MS. SHEPHARD:  Your Honor ––

21        THE COURT:  Did you look in that file?

22        MS. SHEPHARD:  I had no reason to look at the file,

23   Your Honor, because it was Mr. Arati's case.

24        THE COURT:  But you entered your appearance in the

25   case.

1    MS. SHEPHARD:  Your Honor, I certainly asked the

2    Court to extend the time for responding.  Again, that was not

3    my intention.

4    THE COURT:  There's no such thing as a limited

5    appearance of the nature you're describing.  You cannot come in

6    and say "I represent the law firm and we're looking for more

7    time to figure out what to do with this case."  When you enter

8    your appearance on behalf of the plaintiff, that's your client.

9    You have a responsibility to that client, and that

10   responsibility includes, among others, responding to a not yet

11   responded to Rule 11 Safe Harbor Notice, which should have been

12   done a long time ago, not to mention responding to the motions

13   to dismiss that are pending in this case.  That's simply

14   intolerable.

15   Now, you need to go back out and do a new attempt to

16   respond to this status report directive.  You were also asked,

17   in the event that no such evaluation has taken place, meaning

18   the evaluation that should have been done in response to the

19   Rule 11 Safe Harbor Notice, what have you done to evaluate the

20   case and decide how to proceed.  And your answer there was

21   you're not currently in a position to evaluate whether the

22   plaintiff wishes to continue.

23   This is your client.  Have you talked to the client?

24   MS. SHEPHARD:  I have not spoken to the client, I

25   guess of late.  I need to find out what their intentions are.

1    My understanding was they did have other counsel, but I need to

2    investigate that further.

3         THE COURT:  That other counsel has not shown up in

4    this court.

5         MS. SHEPHARD:  I understand.

6         THE COURT:  You need to again respond to that

7    directive.  You need to tell me what, you know, if there wasn't

8    an evaluation previously made under the Safe Harbor provisions

9    of Rule 11, what have you done now, and that, I think,

10   obviously is going to have to involve some consultation with

11   the client.

12        MS. SHEPHARD:  Exactly.

13        THE COURT:  As to whether the client wishes to

14   proceed with this case or not, whether the client, after a fair

15   evaluation, believes that certain claims should not be pursued,

16   that kind of a thing needs to be done.  It hasn't been done and

17   you need to give me a status report indicating that it has been

18   done.

19        And you did not answer question nine, all you said

20   was you're not in a position to address it.  You've got to

21   address it.  Question nine was whether the plaintiffs wish to

22   renew their motion for an extension to respond to the motion to

23   dismiss and continue with litigation.

24        I mean, I've got an open pair of motions to dismiss

25   in this case with no response.  And at some point it's going to

1  be the client in this case, that's your client, that is going

2  to be hurt.

3       I mean, I'm going to assume for the purposes of

4  discussion that this Complaint had some merit, and this client

5  it sitting out there with a lawyer who has entered an

6  appearance doing nothing, and I asked you to tell me whether

7  you need more time and what do you intend to do with this case,

8  because the defendants in this case deserve a resolution of

9  this matter.

10      They've been sitting around for a long time with

11  pending motions to dismiss, thinking perhaps that the judge is

12  asleep.  I'm not asleep.  I'm very concerned that if a client

13  is going to lose a case they ought to lose it fair and square,

14  with a lawyer fighting for them as they go down in flames, not

15  a case where the client has been abandoned completely.  So you

16  have a problem.

17      I'm going to direct you to file a new status report

18  that responds fully to the matters contained in this matter,

19  every single one of them.  Do you understand that?

20      MS. SHEPHARD:  I do.  Where is Mr. Arati in all of

21  this?  Has the Court sent anything to him?

22      THE COURT:  Mr. Arati is not a member of the Bar of

23  this court.

24      MS. SHEPHARD:  I understand that, but he is the one

25  who initially filed the case and he is the one who knows what

1    the claims are.

2            THE COURT:  Well, my understanding is he's no longer

3    with the Glenmore Law Firm.

4            MS. SHEPHARD:  Correct.

5            THE COURT:  And a normal law firm would have other

6    people that take over when a member of the firm leaves, and

7    somebody at the Glenmore Law Firm was asleep at the switch and

8    didn't do anything.

9            You stepped in and said "I'm entering an appearance."

10   That means you're the one that has to respond, not Mr. Arati.

11   Mr. Arati is not a member of our Bar, and you're the member of

12   our Bar that did it, so you need to go back to square one.

13           I expect a full and complete status report.  I'll

14   give you ten days to do it and if I don't get one that's

15   sufficient, then I'll bring you back here on another Show Cause

16   for comtempt.  And I've told Mr. Amos the same thing.  I need

17   to see what he's going to file, see if it's sufficient.  If

18   it's not, then I'll enter a further order directing a further

19   appearance to show cause why people shouldn't be held in

20   contempt.  Do you both understand that?

21           MR. AMOS:  Yes, Your Honor.

22           THE COURT:  All right.  Thank you, very much.

23

24

25

COURT REPORTER'S CERTIFICATE

-oOo-

I certify that the foregoing is a correct transcript from the record of proceedings in the above matter.


Date:

/s/

Sharon O'Neill