## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

**ROGER W. TITUS**                                                                          **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**                                          **GREENBELT, MARYLAND 20770**
                                                                                                     **301-344-0052**

## M E M O R A N D U M

TO:          Counsel of Record

FROM:     Judge Roger W. Titus

RE:          *Debra Lampton, et al. v. Household Finance Corp., et al.*
             Civil Action No. RWT-11-1364

DATE:      February 3, 2012

* * * * * * * * *

On February 2, 2012, the parties filed a consent motion to dismiss the Defendant The Fisher Law Group.  Doc. No. 35.  On February 3, 2012, the remaining parties filed a consent motion to continue the motions hearing currently scheduled for February 7, 2012.  Doc. No. 36. The motions that are the subject of the hearing have been pending for more than six months, and it is the policy of this Court not to allow motions to remain undecided for a period in excess of more than six months.

Accordingly, the consent motion to dismiss the Defendant The Fisher Law Group, Doc. No. 35, is **GRANTED** and the Complaint as to the Defendant The Fisher Law Group is **DISMISSED WITH PREJUDICE**.  The parties' consent motion to continue the motion hearing, Doc. No. 36, is **GRANTED**, and the hearing on the motion to dismiss is rescheduled for **March 15, 2012 at 1:00 p.m.**  The parties are cautioned that the Court will not grant another motion to continue the hearing on the motion to dismiss because it has been pending since May 26, 2011.  If the parties have not reached a settlement by the new hearing date, they should either be prepared for the Court to hear arguments on the motion or ask the Court for leave to withdraw the motion to dismiss without prejudice with leave to refile at a later date.

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

                                                        /s/
                                                Roger W. Titus
                                          United States District Judge